UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANTHONY MACON,

    Plaintiff,

v.

**JUDGMENT**

No. 7:11-CV-49-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 19, 2011, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3) for further proceedings, including a new hearing.

**This Judgment Filed and Entered on September 19, 2011, and Copies To:**

Barbara von Euler (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)

September 19, 2011        DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk