IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:11-CV-49-FL

| | | |
|---|---|---|
| ANTHONY MACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>ORDER</u> |
| v. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation of the parties,

It is ORDERED that the Plaintiff will receive the sum of $2,739.25 for attorney fees from the Commissioner of the Social Security Administration plus $71 in costs for the U.S. Marshall services associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C.§2412(d). Such payments should be sent to:

    Kathleen Shannon Glancy, P.A.
    114 South Front Street
    Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment of his right to payment of attorney fees under EAJA.

Upon the payment of such sums, this case is dismissed with prejudice.

This the __8th__ day of __November__, 2011.

                        /s/ Louise W. Flanagan
                        LOUISE W. FLANAGAN
                        United States District Judge