UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANTHONY MACON,
        Plaintiff,

v.

**JUDGMENT**

No. 7:11-CV-49-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 2, 2018, that plaintiff's motion for attorney's is ALLOWED in the full amount requested. Defendant shall release to plaintiff's counsel fees under section 206(b) of the Act, 42 U.S.C. § 406(b), in the amount of $86,535.90, with refund to plaintiff of $7,410.02, representing the prior EAJA awards.

**This Judgment Filed and Entered on November 2, 2018, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Barbara von Euler (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)

November 2, 2018        PETER A. MOORE, JR., CLERK
                                        /s/ Susan W. Tripp
                                        (By) Susan W. Tripp, Deputy Clerk